**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AIR CANADA INC.,<br><br>                   *Petitioner,*<br><br>     v.<br><br>THE BOLIVARIAN REPUBLIC OF<br>VENEZUELA,<br><br>                   *Respondent.* | Case No. 1:24-cv-2249-JDB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner Air Canada Inc. ("Air Canada") respectfully submits this notice to advise the Court of supplemental authority that supports Air Canada's Opposition to Respondent's Motion to Dismiss (ECF No. 13). On June 12, 2026, the U.S. Court of Appeals for the D.C. Circuit affirmed Judge Cobb's decision in *Venezuela US SRL ("VUS") v. Bolivarian Republic of Venezuela*, 789 F. Supp. 3d 1 (D.D.C. 2025). The D.C. Circuit's decision, which is annexed hereto as Exhibit A, forecloses Respondent the Bolivarian Republic of Venezuela's ("Venezuela") public policy defense to Air Canada's petition to confirm the Award.

Venezuela raised the same public policy defense to confirmation of the award in *VUS* that it raises in this case, namely that confirmation purportedly would violate the President's exclusive recognition authority because the arbitral tribunal had treated the Maduro Regime as if it were the legitimate government of Venezuela. *See* Ex. A at 5. Applying and reaffirming its decision in *Valores Mundiales, S.L. v. Bolivarian Republic of Venezuela*, 87 F.4th 510 (D.C. Cir. 2023), the D.C. Circuit squarely rejected Venezuela's public policy defense in *VUS*. *See* Ex. A at 6-8. The Court explained that even if the President's recognition authority is a cognizable public policy

1

under the New York Convention, confirmation of an award against Venezuela would not violate that policy because it is not equivalent to recognition of the Maduro Regime. *Id.* at 7.

The D.C. Circuit's decision in *VUS* forecloses Venezuela's identical public policy defense to confirmation of the Award in this case.

Dated: New York, New York
June 22, 2026

Respectfully submitted,

 */s/ Thomas C.C. Childs*
Thomas C.C. Childs (NY0449)
Mark McLennan (PHV forthcoming)
Vivasvat Dadwal (NY0360)
KING & SPALDING LLP
1290 Avenue of the Americas
New York, NY  10104
Tel: (212) 556-2200
Fax: (212) 556-2222
tchilds@kslaw.com
mmclennan@kslaw.com
vdadwal@kslaw.com

*Attorneys for Petitioner Air Canada Inc.*

2