**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| AIR CANADA INC.,<br><br>*Petitioner*,<br><br>v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Respondent*. | Case No. 1:24-cv-2249-JDB |

**THIRD DECLARATION OF THOMAS C.C. CHILDS**

Pursuant to 28 U.S.C. § 1746, I, Thomas C.C. Childs, declare and state as follows:

1. I am counsel at King & Spalding LLP, attorneys for Petitioner Air Canada Inc. ("Air Canada") in the above-captioned matter.

2. On July 31, 2024, I submitted a declaration (ECF No. 1-1) in support of Air Canada's Petition to Confirm Arbitral Award.

3. On January 19, 2026, I submitted a second declaration (ECF No. 13-1) in support of Air Canada's Opposition to Venezuela's Motion to Dismiss the Petition to Confirm Arbitral Award.

4. I submit this third declaration in support of Air Canada's Opposition to Venezuela's Motion for Leave to File Answer (ECF No. 31).

5. A true and correct copy of the judgment of the Paris Court of Appeal dated September 26, 2023, which rejected Venezuela's application to set aside Air Canada's award, together with a certified English translation of the judgment, is attached hereto as **Exhibit 1**.

6. A true and correct copy of the U.S. Department of State's January 3, 2023 press statement entitled "Venezuela's Interim Government and the 2015 National Assembly" is attached

hereto as **Exhibit 2**.

7. A true and correct copy of the U.S. Department of State's March 5, 2026 media note entitled "A Statement on U.S.-Venezuela Relations" is attached hereto as **Exhibit 3**.

8. A true and correct copy of the March 10, 2026 letter from the U.S. Department of State to the U.S. Attorney for the Southern District of New York, filed as Exhibit A to the U.S. Statement of Interest in *Osio v. Moros*, No. 1:25-mc-390 (S.D.N.Y.), ECF No. 41-1, is attached hereto as **Exhibit 4**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 9, 2026
New York City, New York

*/s/ Thomas C.C. Childs*
Thomas C.C. Childs