**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AIR CANADA INC.,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA,**<br><br>**Respondent.** | **Civil Action No. 24-2249 (JDB)** |

**FINAL JUDGMENT**

WHEREAS this cause came before the Court on the Petition to Confirm Arbitral Award filed by Petitioner Air Canada Inc. ("Air Canada"), seeking confirmation, recognition, and enforcement of the arbitral award (the "Award") issued on September 13, 2021, in ICSID Case No. ARB(AF)/17/1, as corrected by the Decision on Correction of the Award dated October 27, 2021;

WHEREAS, on August 14, 2026, the Court issued a Memorandum Opinion [ECF No. 25] and an Order [ECF No. 26] that: (i) denied Respondent the Bolivarian Republic of Venezuela's ("Venezuela") motion to dismiss; (ii) granted Air Canada's Petition to Confirm Arbitral Award; and (iii) directed the parties to "meet, confer, and jointly file a proposed final judgment by not later than September 14, 2026," which "shall include all elements of the arbitral award and a current calculation of pre- and post-judgment interest, if any";

WHEREAS, on September 14, 2026, the Court granted Venezuela's unopposed motion for an extension of the deadline for the parties' joint filing of a proposed final judgment to September 25, 2026; and

WHEREAS, the parties submitted a proposed final judgment [ECF No. 30] on September 25, 2026;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, for the reasons set forth in the Court's August 14, 2026 Memorandum Opinion and Order:

1. the Award, as corrected by the Decision on Correction of the Award, is confirmed pursuant to 9 U.S.C. § 207;
2. Venezuela is directed to pay Air Canada U.S. $44,775,466.79, consisting of: (i) the principal amount of U.S. $20,790,574.00, as provided in the Award; (ii) pre-judgment interest in the amount of $18,456,971.81, as calculated in accordance with the Award, as corrected by the Decision on Correction of the Award; (iii) ICSID's and the Tribunal's fees and costs, in the amount of U.S. $693,791.59, as provided in the Award; and (iv) Air Canada's legal fees and costs, in the amount of U.S. $4,834,129.39, as provided in the Award; and
3. Venezuela is further directed to pay Air Canada post-judgment interest on the judgment amount at the rate statutorily mandated by 28 U.S.C. § 1961 from the date of this Final Judgment to the date of satisfaction.

The Clerk of the Court shall enter this Final Judgment pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure.

**THIS IS A FINAL JUDGMENT.**

/s/
JOHN D. BATES
United States District Judge

Dated: November 10, 2026